IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 MAY -4  A 10: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Charles Williams # 130792
_____
Full name and prison number
of plaintiff(s)

v.

Kathy Holt, Renee Barker
Sherry Seals, Blackledge
Boyd (warden)
Nettles (captain)
_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05cv 415 - A
(To be supplied by Clerk of
U.S. District Court)

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal court
            dealing with the same or similar facts involved in this
            action?  YES ( )  NO (✕)

      B.    Have you begun other lawsuits in state or federal court
            relating to your imprisonment?  YES ( )  NO (✕)

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) _____

                  _____

                  Defendant(s) _____

                  _____

            2.    Court (if federal court, name the district; if
                  state court, name the county) _____

                  _____

Amendment XIV —

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example:  Was the case dismissed?
    Was it appealed?  Is it still pending?) _____
    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Bullock Correctional_
_facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Bullock_
_Correctional facility_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | Kathy Holt | P.O. Box 30150 Montgomery AL |
| 2. | Renee Barker | '' '' '' |
| 3. | Sherry Seals | P.O. Box 5107 Union springs, AL |
| 4. | Blackledge | '' '' '' |
| 5. | Boyd - WARDEN | '' '' '' |
| 6. | Nettles - Captain | '' '' '' |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _3-4-05_
_____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Amendment VI    Amendment VIII_
_Amendment XIV_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sentenced 3-4-85 to (20) twenty YEARS and on 3-4-05 said Sentence Expired and plaintiff was told he had (1) more year to Serve on said sentence and plaintiff believes once the sentence has Expired its (over).

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

_Plaintiff would like the Court to Release_
_him back to his family As Soon As_
_possible._

_____
                    Signature of plaintiff(s)

      I declare under penalty of perjury that the foregoing is true
and correct.

      EXECUTED on   5/2/05
                         (Date)


_____  130792
                    Signature of plaintiff(s)

4