# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2005 MAY 10 D 10: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:05cv415-A

I, __Charles Edward Williams__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Bullock Correctional__
   Are you employed at the institution? __No__ Do you receive any payment from the institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_5/2/05_____     _____(signature)_____
Date                                             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].  Yes ( )  No (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]?  Yes ( )  No (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to these and indicate how much you contribute toward their support. Wife Tomikle Williams I pay half of the bills

_____
Signature of Affiant   130792

STATE OF ALABAMA  )
COUNTY OF ___Bullock___  )

Before me, a Notary Public in and for said County, in said State, personally appeared ___Charles Williams___, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the b of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this __12th__ day of __April__, __2005__

_____
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

__Bullock__ County
My Commission Expires:_____

*Charles Williams*
*130792*

**RECEIVED**

2005 MAY -4 A 10: 05  O R

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/2/05
            (date)

_____  130792
    Signature of Affiant

**CERTIFICATE**

I hereby certify that the plaintiff herein has the sum of $ 1.04 _____ on account to his credit at the __BULLOCK COUNTY CORR. FACILITY_____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $ _____ on the first day of _____
B. $ *See* _____ on the first day of _____
C. $ *Attached* _____ on the first day of _____
D. $ _____ on the first day of _____
E. $ _____ on the first day of _____
F. $ _____ on the first day of _____

_____
_____

                                    _____
                                    Authorized Officer of Institution

Date: 4/19/2005

BULLOCK COUNTY CORR. FACILITY

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 130792      NAME: WILLIAMS, CHARLES              AS OF: 04/19/2005

                    # OF        AVG DAILY        MONTHLY
         MONTH      DAYS        BALANCE          DEPOSITS

         APR        11          $0.00            $0.00
         MAY        31          $0.00            $0.00
         JUN        30          $0.00            $1.00
         JUL        31          $0.00            $0.00
         AUG        31          $0.00            $0.00
         SEP        30          $0.00            $0.00
         OCT        31          $0.00            $0.00
         NOV        30          $0.00            $0.00
         DEC        31          $5.52            $10.05
         JAN        31          $2.65            $0.00
         FEB        28          $1.04            $0.00
         MAR        31          $1.04            $0.00
         APR        19          $1.04            $0.00
```

RECEIVED
2005 MAY -4  A 10: 05
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.