IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES WILLIAMS #130792, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv415-A |
| ) | (WO) |
| KATHY HOLT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 6, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this 42 U.S.C. § 1983 action is DISMISSED without prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

Done this 25th day of May, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE